### STATE v. GEORGE COLLINS.

Court of Quarter Sessions.   Sussex.   April 19, 1831.

*Stout's Notes.*

*Fraine* [for State].   *Wooten* [for defendant].

Five cords wood, each cord valued $1.75 =   $8.75

$$\underline{\phantom{\$8.75}\ 4}$$

Fourfold   $35.00

Property [of] Turpin Wright, Jacob Wright, and Charles Wright.·

1.   John Quillin, sworn.   Saw George Collins take the wood at Wright's Landing, last fall.   It was oak wood, corded up on the landing.   What I saw him take he sold for ⅔ of a quarter of a cord.

Cross-examined.   Took the wood from Wall's Landing in Delaware, suppose it was Wright's wood, don't know it.   It was in last Fall.   There were 30 or 40 cords of wood on the landing.   He carried the wood across river in a canoe about half a mile.   The wood was taken from J. Wright's landing.

2.   Jacob Wright, sworn.   Wood had been frequently taken from brick wall landing belonging to us, Turpin, Jacob, and Charles Wright.   No one had wood on the landing but ourselves.   We lost five or six cords of wood, oak, worth $1.75 a cord on the landing.

3.   Thomas Wallace, sworn.   Saw George Collins with one canoe load of wood.   Saw same kind wood at Wright's Landing.   Appeared to be five or six cords taken.   John Quillin was in canoe with George Collins.

[4.]   William Dunn, sworn.   Saw George Collins shoving out from brick wall landing in a canoe loaded with oak wood; it looked like the wood on the landing.

Submitted without argument or charge.   Verdict, guilty.

Judgment, restitution fourfold value—$35.00.   Twenty-one lashes.   Pay costs.   Wear T six months.   Committed.